IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 3 1 2007

Judge Robert W. Gettleman
United States District Court

| | |
|---|---|
| NEWSPRING INDUSTRIAL CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 06-C-0397 |
| v. | )<br>) Judge Robert W. Gettleman |
| MASS DISTRIBUTORS WAREHOUSE, INC., D.J. PAYNE CORP. and STEVEN H. BERLIANT, | )<br>) Magistrate Judge Cole<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION FOR ORDER OF DISMISSAL

WHEREAS, Plaintiff's First Amended Complaint and Defendants' Second Amended Answer to Complaint in this action arise out of certain accused infringing products only (the "Accused Products");

The parties hereby stipulate by their undersigned counsel to an order dismissing with prejudice all of Plaintiff's claims and all of Defendants' defenses relating to the Accused Products, the parties to bear their own costs and attorney fees.

Stipulated to this 30 day of July, 2007.

| **NEWSPRING INDUSTRIAL CORPORATION** | **MASS DISTRIBUTORS WAREHOUSE, INC., D.J. PAYNE CORP. and STEVEN H. BERLIANT** |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Jonathan M. Weis<br>Mitchell S. Chaban<br>**LEVIN & GINSBURG, LTD.**<br>180 N. LaSalle St., Suite 3200<br>Chicago, Illinois 60601-2800<br>Telephone: (312) 368-0100 | Thomas J. Donovan<br>James E. Michel<br>**BARNES & THORNBURG LLP**<br>One North Wacker Drive, Suite 4400<br>Chicago, Illinois 60606<br>Telephone: (312) 357-1313 |
| David E. De Lorenzi<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone: (973) 596-4743 | |

#1212463 v2
060464-56315

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the "**JOINT STIPULATION FOR ORDER OF DISMISSAL**" was filed electronically. This document has been filed this 31st day of July, 2007. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Jonathan M. Weis
> **Levin & Ginsburg, Ltd.**
> jweis@lgattorneys.com
>
> David D. Lorenzi
> **Gibbons, Del Deo, Dolan, Griffinger & Vecchione**
> One Riverfront Plaza
> Newark, New Jersey 07102

_____
Thomas J. Donovan

CHDS01 408551v1

#1212463 v2
060464-56315